IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                    Plaintiff,

     vs.

STEVEN STALEY,

                    Defendant.

8:24-CR-162

**ORDER FOR DISMISSAL**

This matter is before the Court on the Government's Motion to Dismiss Indictment pursuant to Federal Rule of Criminal Procedure 48(a). Filing 53. The Government requests leave to dismiss, without prejudice, the Indictment, Filing 1, against defendant Steven Staley. The Court finds the Motion should be granted. Accordingly,

IT IS ORDERED that the Government's Motion to Dismiss Indictment, Filing 53, is granted, and the Indictment, Filing 1, against defendant Steven Staley is dismissed without prejudice.

Dated this 6th day of February, 2026.

BY THE COURT:

Brian C. Buescher
United States District Judge